## HOME OWNERS' LOAN CORP.
*vs.*
## MADDALENA AMIRANTE

Superior Court      New Haven County      File No. 60564

MEMORANDUM FILED NOVEMBER 3, 1941.

*James T. Sullivan,* of Bozrahville, for the Plaintiff.

*Goldstein & Bracken,* of New Haven, for the Defendant.

DICKENSON, J. The demurrer, while in law admitting the allegations of the special defense, in fact controverts them and is in the nature of an answer. Upon the record it may not stand and is overruled.